UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MICHAEL C. MCGILL,**

    **Plaintiff,**

**v.**     **CASE NO. 3:16cv159-MCR/CAS**

**JULIE JONES,**

    **Defendant.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation. ECF No. 5. The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this Order.

2.     This case is hereby **DISMISSED** without prejudice.

**DONE AND ORDERED** this 8th day of July, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**